Nov. 20, 2017

To whom it may concern,

Regarding case # 17 CV 1160 TSZ



FILED ___ LODGED ___ RECEIVED ___
NOV 29 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

I am responding to the summons received on Nov. 9, 2017

I am named in a law suit as a defendant to something I did not do nor understand. It claims I downloaded a movie which I do not know how to do nor did I do.

On Nov. 1, 2017 Mr. David Lowe, the plaintiff's attorney returned our call regarding the case. He told my friend I would be dropped from the lawsuit if I contacted Comcast and changed my password, which we did. I didn't know how to do this so Comcast walked us thru it step by step. I am a 74 year old woman who is not teck savve.

Sincerely,
Letha V. Hussely
4600 16th St E Q 101
Fife, WA 98424

Deatha Huseby
1400 16th St E #101
Fife, WA 98424

District Court
700 Stewart St
Seattle, WA 98101

98101-443999