UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VENICE PI, LLC,

        Plaintiff,

  v.

LETHA HUSEBY,

        Defendant.

C17-1160 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Letha Huseby's motion for a judgment on the merits dismissing this case with prejudice, docket no. 60, is DENIED.

(2) Plaintiff's claims against Huseby having been dismissed without prejudice and with leave to amend, *see* Order (docket no. 58), and plaintiff having filed written notice of its intent not to file a Second Amended Complaint, docket no. 59, the Clerk is DIRECTED to CLOSE this case.

(3) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of June, 2019.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1